Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Portia Mason*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPROUT YANGBAN LLC d/b/a YANGBAN, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:22-CV-08580-SPG-SK<br><br>Honorable Judge Sherilyn Peace Garnett<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 23, 2022<br>Trial Date: None |

1

NOTICE OF SETTLEMENT

1  Plaintiff Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff
2  have settled. A notice of dismissal with prejudice as to Plaintiff's claims in accordance with
3  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement
4  agreement.

6  Dated: February 1, 2023                    Respectfully Submitted,

8                                             /s/ Binyamin I. Manoucheri
                                              Thiago M. Coelho
9                                             Binyamin I. Manoucheri
                                              **WILSHIRE LAW FIRM**
10                                            *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 1, 2023         */s/ Binyamin I. Manoucheri*
                                Binyamin I. Manoucheri