Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Jenner C. Tseng, SBN 222459
jtseng@hillfarrer.com
**HILL, FARRER & BURRILL LLP**
One California Plaza
300 S. Grand Avenue, 37th Floor
Los Angeles, CA 90071
Telephone: (213) 620-0460
Facsimile: (213) 624-4840

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>SPROUT YANGBAN LLC d/b/a YANGBAN, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>              Defendants. | CASE NO.:   2:22-cv-08580-SPG-SK<br><br>*Assigned to Judge Sherilyn Peace Garnett*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Portia Mason ("Plaintiff"), and Defendant Sprout Yangban, LLC ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: February 28, 2023          **WILSHIRE LAW FIRM**

By: */s/ Binyamin I. Manoucheri*

Binyamin I. Manoucheri
*Attorneys for Plaintiff*

DATED: February 28, 2023          **HILL, FARRER & BURRILL LLP**

By: */s/ Jenner C. Tseng*

Jenner C. Tseng
*Attorneys for Defendant*

1

## **SIGNATURE ATTESTATION**

2
        Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this stipulation attest

3
that all other signatories listed, and on whose behalf the filing is submitted, concur

4
in the filing's content and have authorized the filing.

5
        DATED: February 28, 2023          By: */s/ Binyamin I. Manoucheri*

6
                                              Binyamin I. Manoucheri

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137