JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT YANGBAN LLC d/b/a YANGBAN, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08580-SPG-SK<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: February 28, 2023       By: _____
                              HON. SHERILYN PEACE GARNETT
                              UNITED STATES DISTRICT JUDGE